IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZANE and LEAH HEDGER,<br>Individually, and as Parents and Next<br>of Kin of J.R.H., deceased and S.H.,<br>a minor,<br><br>        Plaintiffs,<br>vs.<br><br>TRACI D. KRAMER, an individual,<br>*et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   NO.  CIV-13-0654-HE<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Plaintiffs filed motions seeking orders requiring the Oklahoma County District Attorney and the Edmond Police Department to comply with subpoenas they had issued. A hearing was held this date regarding the motions.

For the reasons stated at the conclusion of the hearing, the court denied plaintiffs' motion [Doc. #119] seeking production of documents by the Oklahoma County District Attorney ("DA"). However, the motion was denied with the expectation that the parties will meet and conduct the file comparison discussed in the DA's response brief. Prior to that meeting plaintiffs are expect to contact their former counsel to determine what files the DA previously provided.

The court granted in part and denied in part plaintiffs' motion [Doc. #118] seeking the production of documents by the Edmond Police Department ("Department"). The Department is directed to produce documents or information that reflect statements or

information that defendants Whitaker and Washington provided the Department, which relate to information the Department provided Whitaker or Washington or which relate to interviews done with Whitaker or Washington being present. The production of the information is conditioned on there being a protective order in place. The parties are directed to confer and prepare a proposed protective order and submit it to the court for its approval within ten days.

**IT IS SO ORDERED**.

Dated this 25th day of April, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE